Constitutional Party of Pennsylvania, Appellant,
*v.* Kilgore.

Argued October 2, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert M. Stefanon,* for appellants.

*Thomas R. Ceraso,* with him *Scales and Shaw,* for intervenors.

OPINION PER CURIAM, October 2, 1967:
Appeal quashed. *Kukich v. Serbian E. Orth. Ch. of Pgh.,* 415 Pa. 28, 202 A. 2d 77, and cases cited therein.